## Sucesores de Roses y Ca. *v.* Orona et Al.

Apelación procedente de la Corte de Distrito de Arecibo.

No. 146.—Resuelto en Noviembre 23, 1904.

Desahucio—Título del Demandante.—En los juicios de desahucio solo puede discutirse el derecho del demandado para seguir ocupando la finca objeto del mismo, sin que puedan resolverse cuestiones que tiendan á destruir el título que por el momento aparezca ostentar el demandante, justificado por la prueba aportada al juicio.

Los hechos están expresados en la opinión.

Abogado del apelante: Sr. Benedicto (José E.).

La parte apelada, no compareció.

El Juez Asociado Sr. Wolf, emitió la opinión del Tribunal.

La presente es una demanda de desahucio interpuesta por ''Sucesores de Roses & Ca.,'' de Arecibo, contra Don Juan Felipe Orona y Perez de la Cruz, á quien se condena á desocupar, dentro del término de veinte días, las dos fincas rústicas que ocupa en el barrio de Arenas, de Utuado, apercibido de ser lanzado de ellas, si no lo verifica dentro del expresado término, con las costas á su cargo.

El título á las dos fincas rústicas, objeto de la presente demanda, fué adquirido por los demandantes, mediante la adjudicación que de las mismas le hizo el Juzgado Municipal de Utuado, en virtud del juicio verbal civil seguido en dicho Juzgado contra el demandado, en cobro de pesos.

En su contestación á dicha demanda, el abogado del demandado alega que su representado, Don Juan Felipe Orona y Perez de la Cruz, tiene formulada una demanda ante el mismo Tribunal de Distrito de Arecibo, contra la Mercantil Sucesores de Roses & Ca., ejercitando las acciones de nulidad, y reivindicación de terrenos de dos fincas rústicas, que son las mismas objeto de este desahucio, por haberles sido adjudicadas dichas dos fincas á los Señores Sucesores de Roses & Ca., en virtud del juicio verbal civil que la Mercantil Sucesores de

Roses & Ca., estableció contra el citado Sr. Orona para el cobro del saldo definitivo que aparecía adeudar el Sr. Orona á la primitiva casa, Roses & Ca. de Arecibo, y que, con motivo del expresado juicio verbal civil, se han comprendido en la adjudicación y liquidación de costas del mismo, cantidades que, como la de un crédito hipotecario por un mil pesos provinciales, han sido pagadas, y no cancelada la hipoteca, desde el 18 de Febrero del año 1898. Añade dicho letrado, que el saldo de referencia, con los intereses devengados, asciende solamente á ochenta y tantos pesos.

La vista de este pleito ante este Tribunal Supremo tuvo lugar sin asistencia de las partes.

Este Tribunal Supremo, después de haber estudiado detenidamente la sentencia dictada por el Tribunal de Distrito de Arecibo, está en un todo conforme con las alegaciones de hecho y de derecho consignadas en los Resultandos y Considerandos de dicha sentencia, y especialmente con las contenidas en el Considerando Sexto, en que el referido Tribunal, se expresa en los siguientes términos:

*Considerando:* que las alegaciones hechas por el demandado, referentes á que tiene promovido pleito ante esta misma Corte de Justicia, para anular las actuaciones del juicio verbal civil del Juzgado de Utuado, en donde se adjudicaron á "Sucesores de Roses & Ca." las dos fincas objeto del desahucio, en que sólo se ventila el derecho del ocupante á continuar ocupando una cosa que no le pertenece, pues ni interpuso recurso alguno contra el auto de adjudicación dictado en seis de Marzo de 1902, ni le es dado ahora oponerse á la acción ejercitada, discutiendo la validéz de dicho auto, como tiene sentado el Tribunal Supremo de esta Isla, en corroboración de la Jurisprudencia del Tribunal Supremo de España, que así lo declara entre otras sentencias, en la de veinte y uno de Abril de 1884."

No existiendo, pués, motivo, alguno, en virtud del cual proceda la anulación de la sentencia dictada por el Tribunal inferior. debe confirmarse dicha sentencia con las costas al apelante.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones, y Asociados Hernández, Figueras y MacLeary.